# EXHIBIT A













# Bank of America 

## Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
Tran 00040            07/10/2017 15:30
Entity NMI  CC 0000048 Tlr 00006
Acct Type SAV         ********8653
Electronic Withdrawal      $500,000.00
Available Balance        3,650,000.00
```

Member FDIC
95-14-2005B   10-2012