# EXHIBIT B

| Top Practitioner Report - 2016 - Oxycodone 30mg ||||| 
|---|---|---|---|---|
| RANK | DEA NUMBER | PRACTITIONER NAME | PRACTITIONER ADDRESS | NUMBER OF SCRIPTS |
| 1 | ███ | ███ | ███ | 4,709 |
| 2 | ███ | ███ | ███ | 3,283 |
| 3 | ███ | ███ | ███ | 3,144 |
| 4 | ███ | ███ | ███ | 2,404 |
| 5 | ███ | ███ | ███ | 2,383 |
| 6 | FP3407663 | PAPPAS, SPILIOS JOHN MD | 3011 W. GRAND BLVD | 1,896 |
| 7 | ███ | ███ | ███ | 1,740 |
| 8 | ███ | ███ | ███ | 1,702 |
| 9 | ███ | ███ | ███ | 1,642 |
| 10 | ███ | ███ | ███ | 1,555 |
| 11 | ███ | ███ | ███ | 1,552 |
| 12 | ███ | ███ | ███ | 1,535 |
| 13 | ███ | ███ | ███ | 1,452 |
| 14 | ███ | ███ | ███ | 1,430 |
| 15 | ███ | ███ | ███ | 1,425 |
| 16 | ███ | ███ | ███ | 1,398 |
| 17 | ███ | ███ | ███ | 1,339 |
| 18 | BB0978265 | BETRO, JOSEPH R DO | 3011 W. GRAND BLVD | 1,272 |
| 19 | ███ | ███ | ███ | 1,238 |
| 20 | ███ | ███ | ███ | 1,171 |
| 21 | ███ | ███ | ███ | 1,161 |
| 22 | ███ | ███ | ███ | 1,156 |
| 23 | ███ | ███ | ███ | 1,064 |
| 24 | BH3949572 | HAQ, ABDUL MD | 5839 WILLOW RIDGE DR. | 970 |
| 25 | ███ | ███ | ███ | 955 |
| 26 | ███ | ███ | ███ | 921 |
| 27 | ███ | ███ | ███ | 898 |
| 28 | ███ | ███ | ███ | 873 |
| 29 | ███ | ███ | ███ | 846 |
| 30 | ███ | ███ | ███ | 823 |
| 31 | ███ | ███ | ███ | 815 |
| 32 | BO7125013 | OMAR, TARIQ MD | 26245 SOUTHFIELD ROAD | 805 |
| 33 | ███ | ███ | ███ | 781 |
| 34 | ███ | ███ | ███ | 765 |
| 35 | ███ | ███ | ███ | 734 |
| 36 | BZ8501822 | ZAHOOR, MOHAMMED IDRIS | ADVANCED SLEEP NEURODIAGNOSTIC | 734 |
| 37 | ███ | ███ | ███ | 728 |
| 38 | ███ | ███ | ███ | 717 |
| 39 | ███ | ███ | ███ | 712 |
| 40 | ███ | ███ | ███ | 690 |
| 41 | ███ | ███ | ███ | 675 |
| 42 | ███ | ███ | ███ | 671 |
| 43 | ███ | ███ | ███ | 665 |
| 44 | ███ | ███ | ███ | 641 |
| 45 | ███ | ███ | ███ | 626 |
| 46 | ███ | ███ | ███ | 614 |
| 47 | ███ | ███ | ███ | 614 |
| 48 | ███ | ███ | ███ | 599 |
| 49 | ███ | ███ | ███ | 590 |
| 50 | ███ | ███ | ███ | 587 |
| 51 | ███ | ███ | ███ | 539 |
| 52 | ███ | ███ | ███ | 525 |
| 53 | ███ | ███ | ███ | 522 |
| 54 | ███ | ███ | ███ | 512 |
| 55 | ███ | ███ | ███ | 509 |
| 56 | ███ | ███ | ███ | 508 |
| 57 | ███ | ███ | ███ | 507 |
| 58 | ███ | ███ | ███ | 505 |
| 59 | ███ | ███ | ███ | 495 |
| 60 | ███ | ███ | ███ | 493 |
| 61 | ███ | ███ | ███ | 488 |
| 62 | ███ | ███ | ███ | 477 |
| 63 | ███ | ███ | ███ | 466 |
| 64 | ███ | ███ | ███ | 464 |
| 65 | ███ | ███ | ███ | 460 |
| 66 | ███ | ███ | ███ | 436 |



| # | Value |
|---|---|
| 67 | 432 |
| 68 | 431 |
| 69 | 431 |
| 70 | 427 |
| 71 | 423 |
| 72 | 422 |
| 73 | 421 |
| 74 | 419 |
| 75 | 410 |
| 76 | 399 |
| 77 | 394 |
| 78 | 393 |
| 79 | 392 |
| 80 | 380 |
| 81 | 374 |
| 82 | 370 |
| 83 | 361 |
| 84 | 357 |
| 85 | 347 |
| 86 | 346 |
| 87 | 345 |
| 88 | 345 |
| 89 | 343 |
| 90 | 339 |
| 91 | 338 |
| 92 | 338 |
| 93 | 332 |
| 94 | 332 |
| 95 | 310 |
| 96 | 307 |
| 97 | 294 |
| 98 | 290 |

| | | Top Practitioner Report - 2016 - Oxymorphone 40mg | | |
|---|---|---|---|---|
| **RANK** | **DEA NUMBER** | **PRACTITIONER NAME** | **PRACTITIONER ADDRESS** | **NUMBER OF SCRIPTS** |
| 1 | | | | 1,855 |
| 2 | | | | 1,751 |
| 3 | | | | 1,586 |
| 4 | | | | 1,233 |
| 5 | | | | 952 |
| 6 | | | | 932 |
| 7 | | | | 748 |
| 8 | | | | 663 |
| 9 | | | | 586 |
| 10 | | | | 536 |
| 11 | FP3407663 | PAPPAS, SPILIOS JOHN MD | 3011 W. GRAND BLVD | 466 |
| 12 | | | | 446 |
| 13 | BH3949572 | HAQ, ABDUL MD | 5839 WILLOW RIDGE DR. | 345 |
| 14 | | | | 321 |
| 15 | | | | 317 |
| 16 | | | | 297 |
| 17 | | | | 265 |
| 18 | | | | 265 |
| 19 | | | | 228 |
| 20 | | | | 224 |
| 21 | | | | 200 |
| 22 | | | | 200 |
| 23 | | | | 180 |
| 24 | | | | 176 |
| 25 | | | | 175 |
| 26 | | | | 169 |
| 27 | | | | 149 |
| 28 | | | | 134 |
| 29 | | | | 124 |
| 30 | | | | 121 |
| 31 | | | | 121 |
| 32 | | | | 117 |
| 33 | | | | 114 |
| 34 | | | | 103 |
| 35 | | | | 101 |
| 36 | | | | 100 |
| 37 | | | | 87 |
| 38 | | | | 87 |
| 39 | | | | 82 |
| 40 | | | | 81 |
| 41 | | | | 80 |
| 42 | | | | 78 |
| 43 | | | | 77 |
| 44 | | | | 75 |
| 45 | | | | 74 |
| 46 | | | | 74 |
| 47 | | | | 72 |
| 48 | | | | 71 |
| 49 | | | | 65 |
| 50 | | | | 63 |
| 51 | | | | 63 |
| 52 | | | | 61 |
| 53 | | | | 59 |
| 54 | | | | 58 |
| 55 | | | | 57 |
| 56 | | | | 57 |
| 57 | | | | 55 |
| 58 | | | | 54 |
| 59 | | | | 54 |
| 60 | | | | 53 |
| 61 | | | | 52 |
| 62 | | | | 50 |
| 63 | | | | 50 |
| 64 | | | | 50 |
| 65 | | | | 49 |
| 66 | | | | 49 |
| 67 | | | | 48 |
| 68 | | | | 46 |



| # | ID | Name | Address | # |
|---|---|---|---|---|
| 69 | | | | 46 |
| 70 | | | | 46 |
| 71 | | | | 45 |
| 72 | | | | 44 |
| 73 | | | | 44 |
| 74 | | | | 43 |
| 75 | BB0978265 | BETRO, JOSEPH R DO | 3011 W. GRAND BLVD | 43 |
| 76 | | | | 42 |
| 77 | | | | 40 |
| 78 | | | | 40 |
| 79 | | | | 39 |
| 80 | | | | 38 |
| 81 | BO7125013 | OMAR, TARIQ MD | 26245 SOUTHFIELD ROAD | 36 |
| 82 | | | | 35 |
| 83 | | | | 35 |
| 84 | | | | 34 |
| 85 | | | | 33 |
| 86 | | | | 32 |
| 87 | | | | 31 |
| 88 | | | | 30 |
| 89 | | | | 30 |
| 90 | | | | 29 |
| 91 | | | | 29 |
| 92 | | | | 29 |
| 93 | | | | 27 |
| 94 | | | | 26 |
| 95 | | | | 26 |
| 96 | | | | 26 |
| 97 | | | | 25 |
| 98 | | | | 25 |
| 99 | | | | 25 |
| 100 | | | | 25 |