# EXHIBIT D

Case 2:17-cr-20465-DPH-RSW   ECF No. 87-4, PageID.310   Filed 07/31/17   Page 1 of 3



