# EXHIBIT E



Seq: 267
Batch: 246897
Date: 08/07/15

```
Seq:00267 08/07/15
BAT:246897 CC:▓▓▓▓▓▓▓0048
WT:01 LTPS:Dallas ET
BC:West Bloomfield BC MI8-048
```



Seq: 67
Batch: 491231
Date: 09/19/15

Seq:00067 09/19/15
BAT:491231 CC: ████ 0048
WT:01 LTPS:Dallas ET
BC:West Bloomfield BC MI8-048

Deposit ONLy

# R J NAULT Co. PC
### CERTIFIED PUBLIC ACCOUNTANTS

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
MICHIGAN ASSOCIATION OF CERTIFIED PUBLIC ACCOUNTANTS

September 18, 2015

Ed Siaje
Managing Director, Private Client Advisor
Senior Vice President
U. S. Trust, Bank of America Private Wealth Management
Merrill Lynch, Pierce, Fenner & Smith, Inc.
2600 W. Big Beaver
Troy MI 48084

Mr. Siaje,

Per your request, this letter is to inform you of the following as it relates to Mashiyat Rashid for the period January 1, 2015 through September 18, 2015.

Mr. Rashid has received gross payroll in the amount of $192,692.22. This information is based on ADP payroll reports.

Mr. Rashid has received distributions from his wholly owned corporation, Tri-County Wellness, Inc., in the amount of $4,000,000.00. This information is based upon the company general ledger.

If you require any further information please feel free to contact me.

Regards,

*R J Nault*

Raymond J Nault Jr, CPA

R:p