# EXHIBIT F

# U.S. TRUST
Bank of America Private Wealth Management

Confidential Personal Financial Statement/Certification as of _____
(U.S. Trust Format)

The assets, liabilities, income and expenses described on this (or the attached) financial statement are (check the appropriate box):

[✓] Individual — If this is an individual financial statement, list all your income, expenses and assets including your partial ownership interest in and income from any partially owned assets and list all of your direct and contingent liabilities.

[ ] Joint — If this is a joint financial statement, list all of both of your income, expenses and assets including your partial ownership in and income from any partially owned assets and list all of both of your direct and contingent liabilities. A separate Personal Financial Statement may be provided for each individual if you prefer.

| Name | Mashiyat Rashid | | Employer | TCW Group | Years 11+ |
|---|---|---|---|---|---|
| Home Address | | Phone | SSN | Occupation: Venture Capital Chairman/CEO | Years 11+ / Position CEO / Years 11+ |
| City/State/Zip | | No. Dependents 3 | Drivers License # State | Drivers License Issuance/Expiration Date 4/25/2013 - 5/17/2017 | |
| Business Address | 3031 W. Grand Blvd Suite 506, Detroit, MI 48202 | | | | Phone |
| Joint/Spouse Name (Only if 2nd box above is checked) | | Date of Birth | Employer | | Years |
| Home Address | | Phone | SSN | Occupation | Years / Position / Years |
| City/State/Zip | | Relationship to Above | Drivers License # State | Drivers License Issuance/Expiration Date | |
| Business Address | | | | | Phone |

I (we) understand that the following questions are addressed to me (us) and I (we) have answered them as appropriate.

| | | | |
|---|---|---|---|
| [ ] Yes | [✓] No | 1. | Are you named as beneficiary of a trust, will or estate? |
| [ ] Yes | [✓] No | 2. | Are any of the assets listed herein held under a trust agreement of any type, held in an estate, or in any other name or capacity? Please detail in "Additional Remarks" below. |
| [ ] Yes | [✓] No | 3. | Are any of the assets listed herein on deposit, located or otherwise held outside the United States of America? |
| [ ] Yes | [✓] No | 4. | Are any of the assets listed herein located in the community property states of Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, or Washington? |
| [ ] Yes | [✓] No | 5. | Are any of your real estate properties used by you in your business? |
| [✓] Yes | [ ] No | 6. | Have you ever filed for personal bankruptcy, had property you owned foreclosed, or made a settlement or an assignment for the benefit of creditors? |
| Null ~~Yes~~ | [✓] No | 7. | Has any corporation, limited liability company or partnership in which you are (were) a major owner, member or a general partner ever filed for bankruptcy, had property it owned foreclosed or made a settlement or assignment for the benefit of creditors? |
| [✓] Yes | [ ] No | 8. | Personal income tax returns have been filed through (year) 2015. Are any income tax returns, whether personal or that of any corporation, limited liability company or partnership in which you are a major owner, member or a general partner, currently being audited or contested? |
| [ ] Yes | [✓] No | 9. | Are you an officer, director, or principal shareholder of a financial institution? |
| [ ] Yes | [✓] No | 10. | Are you or have you ever been a party to any suit or legal action, including without limitation any government sanction, disciplinary action, or enforcement action or any arbitration proceeding, or are there any unsatisfied judgments, settlement agreements, or arbitration awards against you? |
| [ ] Yes | [✓] No | 11. | Has any corporation, limited liability company or partnership in which you are (were) a major owner, member or a general partner ever been a party to any suit or legal action, including without limitation any government sanction, disciplinary action, or enforcement action or any arbitration proceeding, or are there any unsatisfied judgments, settlement agreements, or arbitration awards against such corporation, limited liability company or partnership? |

| | | |
|---|---|---|
| ☐ Yes | ☑ No | 12. Have you ever been convicted of a crime by any U.S. federal, state, or territorial court? |
| ☐ Yes | ☑ No | 13. Are you or have you ever been subject to any disciplinary actions by a securities industry self-regulatory organization? |
| ☐ Yes | ☑ No | 14. Do you, or any corporation, limited liability company or partnership in which you are a major owner, member or a general partner, hold any professional licenses necessary for you to conduct your profession? if yes then provide details in the Additional Remarks section below. |
| ☑ Yes | ☐ No | 15. Are you an executive officer, director, member, general partner, or principal shareholder of any corporation, limited liability company, partnership, or other legal entity, other than a financial institution? |
| ☐ Yes | ☑ No | 16. Do you hold any licenses necessary for you to practice law? |
| ☐ Yes | ☑ No | 17. I (we) have made a will; the executor(s) is _____ |
| ☐ Yes | ☑ No | 18. Do you have any Contingent Liabilities? Contingent Liabilities are defined on page 2 in the Contingent Liabilities section. If you answered Yes, you must complete list Contingent Liabilities section on page 2. |
| ☑ Yes | ☐ No | 19. Do any of your assets secure any debts or other obligations (contingent or otherwise)? If yes then please detail exactly which debt or other obligations (including any debt or other obligations not included in your schedules) is secured by which of your assets in the Additional Remarks section below. |
| ☐ Yes | ☑ No | 20. Do you have any Unencumbered Liquid Asset covenants or similar covenants requiring you to maintain liquid assets, free from liens and encumbrances or otherwise, in any credit or hedging arrangement with Bank of America (including U. S. Trust) or any other lender or financial institution? If yes then provide details in the Additional Remarks section below. |
| ☐ Yes | ☑ No | 21. Do any of your assets secure any debts which have not been reported in the attached schedules? If yes then provide details in the Additional Remarks section below. |

Additional Remarks:

19. 5 million line is secured by my investment portfolio through US Trust.

The undersigned (I/We) herewith submit to U.S. Trust (you) this (or the attached) financial and supporting schedules which constitute my (our) personal financial statement. This statement is submitted to you for the purpose of inducing you to extend or maintain credit to me (us) whether as direct obligor(s) or indirectly as guarantor(s) or other indirect obligor(s) of credit extended to others. I (we) hereby certify that this statement presents a true, complete, and correct statement of my (our) financial condition as of the date shown & does not omit any pertinent information. I(we) understand that misrepresenting information on this (or the attached) statement is a criminal offense under federal law.

I (we) will notify you promptly in writing of any material unfavorable change in my (our) financial condition. In the absence of such notice, you may consider this a continuing statement and substantially correct. If I (we) apply for further credit, this statement shall have the same force and effect as if delivered as an original statement of my (our) financial condition at the time I (we) request such further credit. You are hereby authorized to contact credit reporting agencies and other sources for the purpose of verifying any information stated herein or at any time are authorized to answer any questions about your credit experience with me (us), and furnish to U.S. Trust or any of its subsidiaries information which I (we) have provided to you and information regarding any of my (our) accounts.

_____  11/29/16
Signature                Date

_____  _____
Signature                Date

version 4/28/16

Balance Sheet                                                                                                 Page 2

| Assets (omit cents) | | | Liabilities (omit cents) | | |
|---|---|---|---|---|---|
| Cash | In this Bank | 3,943,527. | Mortgages | Primary Residence | 540,000. |
| (Schedule 1) | In Other Institutions | 600,000. | Payable | Oth Wholly-Owned RE | |
| Securities | Marketable | 6,585,329. | (Schedule 7) | Partially Owned RE | |
| (Schedule 2) | Not Publicly Traded | | Notes | To this Bank | 1,001,254. |
| Accounts Receivable/Notes Receivable (Sch. 3) | | | Payable | Other Notes Payable | |
| Net Cash Value Ins. & Annuities (Schedule 4) | | | (Sched 6 & 8) | Margin Account | |
| Real | Primary Residence | 750,000. | Taxes | Income Taxes | |
| Estate | Other Wholly-Owned RE | 1,020,000. | Owing | Other Taxes | |
| (Schedule 7) | Partially Owned RE | | | Unrealized Asset Apprec. | |
| Other Partnership Interest | | | Estimated Credit Card Balance | | 15K — Octave |
| Equipment & Other Business Assets (Sch. 8) | | 1,200,000. | Accounts Payable | | |
| Deferred Comp & Retirement Plans (Sch. 5) | | | Other Liabilities (Itemize on page 1 or attachment) | | |
| Other Assets (Itemize on pg 1 or attach) | | | | | |
| Offshore Assets (Itemize on pg 1 or attach) | | 450,000. | | | |
| | | | Total Liabilities | | 1,556,254. $0 |
| Total Assets | | 14,448,856 $0 | Net Worth (Assets Less Liabilities) | | 12,892,602. $0 |

**Contingent Liabilities**

*Instructions: State Total Amount by Type of Liability and Provide Appropriate Detail In The Space Below.*

Contingent liabilities are financial obligations of other individuals, partnerships, or companies which you have endorsed, guaranteed or otherwise agreed to or have a statutory obligation to honor in the event of certain contingencies and any direct obligations that are not reflected in the balance sheet above that you will be required to honor in the event of certain contingencies. These include obligations to U.S. Trust as well as to other banks or creditors of any kind. You must disclose all such guarantees, endorsements, etc. in this schedule.

1. As Guarantor or Endorser  3. Legal Claims or Judgments  5. Standby Letter of Credit
2. On Leases or Contracts  4. Income Tax Claim or Dispute Amount  6. Other

| Type # | Name of Primary Obligor | Due To | Max. Legal Obligation Amount | Maturity | Explanation: Include whether you anticipate having to honor this liability. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Annual Income/Expense Information**

*Alimony, Child support or Separate Maintenance Income need not be revealed unless you wish to have them considered as a basis for repaying the requested credit.*

| Sources of Cash | Last Year 20__ | Projected This Year 20__ | Uses of Cash | Last Year 20__ | Projected this Year 20__ |
|---|---|---|---|---|---|
| *Recurring* | | | Expenses | | |
| Salary & Wages | | | Income Taxes & FICA | | |
| Commissions, Bonus | | | Other Payroll Deduction | | |
| Interest & Dividends | | | Living Expense, Misc. | | |
| Real Estate Income | | | Real Estate Expense | | |
| Trust Income | | | Planned Investments | | |
| Other Business Income | | | Alimony, Child Supp, Sep Maint | | |
| Other: | | | Other: | | |
| Sub Total | | | Sub Total | | |
| *Non-Recurring* | | | Debt Service | | |
| Commissions, Bonus | | | Primary Residence Pmt. | | |
| Sale of Assets | | | Scheduled Principal & Int. | | |
| Tax Refund | | | Other Interest Pmts. | | |
| Other | | | Other Principal Pmts. | | |
| | | | Contingent Liability Pmts. | | |
| | | | Total Cash Uses | | |
| Total Cash Sources | $0 | | Total Cash Flow | | |

Page 3

### Schedule 1 - Cash; Deposit Accounts

| Name on Account | Deposit Institution & Location | Balance | Type of Account | Account Number | Pledged? Yes/No |
|---|---|---|---|---|---|
| B of A (Total) | | 4,394,284 | | | |
| US Trust | | 6,585,000.* | | | |
| C V Ope | | 600,000.* | | | |
| | Total This Bank to Page 2 | 11,579,284.* | Total Other Institutions to Page 2 | | |

### Schedule 2 - Securities; Stocks and Bonds
*"Restricted" means trading of the Security is subject to limitations due to letter, legend or control.

| Name of Issuer | Where Traded | No. of Shares | Mkt. Price per Share | Market Value | Cost per Share | Pledged? Yes/No | *Restricted Yes/No | Registered in the Name of |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Total Marketable to Page 2 | $0 | | Total Not Publicly Traded to Page 2 | | |

### Schedule 3 - Accounts Receivable; Notes Receivable

| Due From | Original Amount | Present Balance | Rate | Maturity | Payment Terms | Collectable? Yes/No | Collateral |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Total to Page 2 | $0 | | | | |

### Schedule 4 - Life Insurance and Annuities (Including Employer Provided)

| Company | Face Amount | Beneficiary | Cash Value | Policy Loan | Net Cash Value | Insured | Pledged? Yes/No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total to Page 2 | $0 | | |

### Schedule 5 - Deferred Compensation & Retirement Plans (Includes I.R.A. Accounts, KEOGH, 401(K) Fully Vested Benefit Plans, etc.)

| Trustee or Plan Administrator | Type of Account | Beneficiary | Balance/ Value | Plan Loan | Net Plan Value | In Name of |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total to Page 2 | $0 | |

### Schedule 6 - Notes Payable (Exclude Mortgages Listed in Schedules 7 & 8)

| Due To | Original Amount | Present Balance | Rate | Maturity | Payment Terms | Current? Yes/No | Collateral |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Total to Page 2 | | $0 | | | | |

**If you are a Co-Maker, list the loan in this Schedule and state the Borrower's Name in the Collateral Column.

For Schedules 7 and 8, if the amount of Debt which can be legally enforced against you exceeds your % of ownership, please detail in contingent liability section on Page 2.

Page 4

## Schedule 7 Real Estate Owned (Including Partnership Interests)

| # | Ownership, Description Location, Site, Improvements | Year Acquired | Cost & Investments | Market Value | Related Debt (Mark "*" by amount if not personally liable) Present Balance | Lienholder | Maturity | Interest Rate | Annual Payments | **Net Operating Revenue | Taxes Current Yes or No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary Residence | | 9 | 785,000* | 785,000* | 525K | | | | | | |
| Other Wholly Owned Real Estate | W. Grand Blvd. Detroit, MI 48202 | 3 | 500,000* | 500,000* | | | | | | | |
| | | | 525,000* | 525,000* | | | | | | | |
| Partial Ownership in Real Estate (include %) | | | | | | | | | | | |
| Your Portion of Market Value and Debt | | | Totals to Page 2 | 1,035,000 $0 | $0 | | | | | $0 | $0 |

## Schedule 8 - Other Business Assets (Including Whole & Partial Ownership in Equipment, O & G, Mineral Interest, etc.)

| # | Location, Description, Type of Interest & Source of Valuation | % | Year Acquired | Date of Valuation | Present Valuation | Related Debt (Mark "*" by amount if not personally liable) Present Balance | Lien-holder | Maturity | Interest Rate | Annual Payments | **Net Operating Revenue | Taxes Current Yes or No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TCW Corp | 100% | | | 30M | | | | | | | |
| 2 | Tri-Comp Physical Corp | 100% | Mgmt Contract | | 24M | | | | | | | |
| 3 | National Laboratories, Inc | 100% | | | 18M | | | | | | | |
| 4 | TCW Surgical Ctr LLC | 100% | | | 10M | | | | | | | |
| 5 | Livonia Playroom | 100% | | | 2M | | | | | | | |
| | | | | | 84M $0 | $0 | | | | | $0 | $0 |
| | | | | | | Totals to Page 2 | | | | | | |

**Net Operating Revenue after Operating Expense