# EXHIBIT G

## SUMMARY

| Customer No. | | Due | Past Due | This Period | Total Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| Invoice No. | | | | | | |
| Obligation(s) | | Interest | 0.00 | 720.16 | 720.16 | AUTO DEBIT |
| Statement Date: | 12/05/16 | | | | | |
| Due Date: | 12/20/16 | Total | 0.00 | 720.16 | 720.16 | |

MASHIYAT RASHID

Bank of America NA
P O BOX 660576
DALLAS TX 75266-0576

YOUR CHECKING ACCOUNT WILL BE DEBITED FOR THE TOTAL OF THIS INVOICE ON DECEMBER 20, 2016.

## IMPORTANT INFORMATION

- A late fee will be assessed in accordance with the terms of your note if full payment is not made promptly.
- Excess payment amounts will be applied to your principal balance.

## ACTIVITY SINCE YOUR LAST STATEMENT

MASHIYAT RASHID

| OBLIGATION NO. | RATE | NOTE DATE | ORIG/RENEWAL AMOUNT | MATURITY |
|---|---|---|---|---|
| 307 | 3.134 | 07/20/16 | 5,000,000.00 | 00/00/00 |

| Date | Transaction Description | Activity | Balance |
|---|---|---|---|
| | Starting Balance | | 886,233.00 |
| | Previous Interest Due | 2,262.19 | |
| 11/08/16 | Rate Chg - 3.05533000 | | |
| 11/10/16 | Principal Payment | 450,000.00- | 436,233.00 |
| 11/13/16 | Rate Chg - 3.03700000 | | |
| 11/13/16 | Rate Chg - 3.03644000 | | |
| 11/14/16 | Rate Chg - 3.03817000 | | |
| 11/16/16 | Rate Chg - 3.04206000 | | |
| 11/17/16 | Rate Chg - 3.05011000 | | |
| 11/18/16 | Rate Chg - 3.05456000 | | |
| 11/21/16 | Interest Payment | 2,262.19- | |
| 11/21/16 | Rate Chg - 3.06178000 | | |
| ADJUST | Prior Prin/Rate Actvty | 416.27- | |
| | Int 001 days @ 3.0617 | 37.10 | |
| 11/22/16 | Rate Chg - 3.06600000 | | |
| | Int 001 days @ 3.0660 | 37.16 | |
| 11/23/16 | Rate Chg - 3.06778000 | | |
| | Int 001 days @ 3.0677 | 37.17 | |
| 11/24/16 | Rate Chg - 3.08422000 | | |
| | Int 001 days @ 3.0842 | 37.37 | |
| 11/25/16 | Rate Chg - 3.09200000 | | |
| | Int 003 days @ 3.0920 | 112.41 | |
| 11/28/16 | Principal Advance | 20,021.00 | 456,254.00 |
| 11/28/16 | Rate Chg - 3.10256000 | | |
| | Int 001 days @ 3.1025 | 39.32 | |
| 11/29/16 | Rate Chg - 3.10589000 | | |
| | Int 001 days @ 3.1058 | 39.36 | |
| 11/30/16 | Rate Chg - 3.10561000 | | |
| | Int 001 days @ 3.1056 | 39.36 | |
| 12/01/16 | Rate Chg - 3.11672000 | | |
| | Int 001 days @ 3.1167 | 39.50 | |

CONTINUED NEXT COLUMN

| | | Due Date 12/20/16 | Total Due 720.16 |
|---|---|---|---|
| 12/02/16 | Rate Chg - 3.12367000 | | |
| | Int 003 days @ 3.1236 | 118.77 | |
| 12/05/16 | Rate Chg - 3.13450000 | | |
| | Int 001 days @ 3.1345 | 39.72 | |
| 12/06/16 | Rate Chg - 3.14667000 | | |
| | Int 001 days @ 3.1466 | 39.48 | |
| 12/07/16 | Rate Chg - 3.15194000 | | |
| | Int 013 days @ 3.1519 | 519.31 | |

| | PAST DUE | THIS PERIOD | TOTAL DUE |
|---|---|---|---|
| INTEREST | 0.00 | 720.16 | 720.16 |
| TOTAL | 0.00 | 720.16 | 720.16 |

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

Page 1 of 1

## SUMMARY

| Customer No. | | | |
|---|---|---|---|
| Invoice No. | | | |
| Obligation(s) | | | |
| Statement Date: | 01/05/17 | | |
| Due Date: | 01/20/17 | | |

| Due | Post Due | This Period | Total Due |
|---|---|---|---|
| Interest | 0.00 | 7,202.50 | 7,202.50 |
| Total | 0.00 | 7,202.50 | 7,202.50 |

MASHIYAT RASHID
SAJAD RASHID

Amount Enclosed
AUTO DEBIT

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

YOUR CHECKING ACCOUNT WILL BE DEBITED FOR THE TOTAL OF THIS INVOICE ON JANUARY 20, 2017.

## IMPORTANT INFORMATION

- A late fee will be assessed in accordance with the terms of your note if full payment is not made promptly.
- Excess payment amounts will be applied to your principal balance.

## ACTIVITY SINCE YOUR LAST STATEMENT

MASHIYAT RASHID

| OBLIGATION NO. | RATE | NOTE DATE | ORIG/RENEWAL AMOUNT | MATURITY | Due Date 01/20/17 | | Total Due 7,202.50 |
|---|---|---|---|---|---|---|---|
| 301 | 3.273 | 07/20/16 | 5,000,000.00 | 00/00/00 | | | |

| Date | Transaction Description | Activity | Balance | | | | |
|---|---|---|---|---|---|---|---|
| | Starting Balance | | 456,254.00 | 01/03/17 | Rate Chg – 3.27111000 | | |
| | Previous Interest Due | 720.16 | | | Int 001 days @ 3.2711 | 286.83 | |
| 12/07/16 | Rate Chg – 3.15194000 | | | 01/04/17 | Rate Chg – 3.27167000 | | |
| 12/08/16 | Rate Chg – 3.14889000 | | | | Int 001 days @ 3.2716 | 286.88 | |
| 12/09/16 | Principal Advance | 260,000.00 | 716,254.00 | 01/05/17 | Rate Chg – 3.27333000 | | |
| 12/09/16 | Rate Chg – 3.15417000 | | | | Int 001 days @ 3.2733 | 287.03 | |
| 12/12/16 | Rate Chg – 3.16389000 | | | 01/06/17 | Rate Chg – 3.26554000 | | |
| 12/13/16 | Rate Chg – 3.18000000 | | | | Int 014 days @ 3.2655 | 4,008.05 | |
| 12/14/16 | Rate Chg – 3.19472000 | | | | | | |
| 12/15/16 | Rate Chg – 3.20389000 | | | | PAST DUE | THIS PERIOD | TOTAL DUE |
| 12/16/16 | Rate Chg – 3.20726000 | | | INTEREST | 0.00 | 7,202.50 | 7,202.50 |
| 12/19/16 | Rate Chg – 3.23622000 | | | TOTAL | 0.00 | 7,202.50 | 7,202.50 |
| 12/20/16 | Interest Payment | 720.16- | | | | | |
| 12/20/16 | Rate Chg – 3.23900000 | | | | | | |
| ADJUST | Prior Prin/Rate Actvty | 258.16 | | | | | |
| | Int 001 days @ 3.2390 | 64.44 | | | | | |
| 12/21/16 | Rate Chg – 3.24400000 | | | | | | |
| | Int 001 days @ 3.2440 | 64.54 | | | | | |
| 12/22/16 | Rate Chg – 3.24900000 | | | | | | |
| | Int 001 days @ 3.2490 | 64.65 | | | | | |
| 12/23/16 | Principal Advance | 109,910.00 | 826,164.00 | | | | |
| 12/23/16 | Rate Chg – 3.25500000 | | | | | | |
| | Int 005 days @ 3.2550 | 373.49 | | | | | |
| 12/28/16 | Rate Chg – 3.25611000 | | | | | | |
| | Int 001 days @ 3.2561 | 74.73 | | | | | |
| 12/29/16 | Principal Advance | 2,330,561.74 | 3,156,725.74 | | | | |
| 12/29/16 | Rate Chg – 3.26111000 | | | | | | |
| | Int 001 days @ 3.2611 | 285.95 | | | | | |
| 12/30/16 | Rate Chg – 3.27000000 | | | | | | |
| | Int 002 days @ 3.2700 | 573.47 | | | | | |
| | Int 002 days @ 3.2700 | 573.48 | | | | | |

CONTINUED NEXT COLUMN

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

Page 1 of 1

## SUMMARY

| Customer No. | | | |
|---|---|---|---|
| Invoice No. | | | |
| Obligation(s) | | | |
| Statement Date: | 10/05/16 | | |
| Due Date: | 10/20/16 | | |

| Due | Past Due | This Period | Total Due |
|---|---|---|---|
| Interest | 0.00 | 2,002.22 | 2,002.22 |
| Total | 0.00 | 2,002.22 | 2,002.22 |

Amount Enclosed
AUTO DEBIT

MASHIYAT RASHID
SAIMA RASHID

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

## IMPORTANT INFORMATION

YOUR CHECKING ACCOUNT WILL BE DEBITED FOR THE TOTAL OF THIS INVOICE ON OCTOBER 20, 2016.

- A late fee will be assessed in accordance with the terms of your note if full payment is not made promptly.
- Excess payment amounts will be applied to your principal balance.

## ACTIVITY SINCE YOUR LAST STATEMENT

MASHIYAT RASHID

| OBLIGATION NO. | RATE | NOTE DATE | ORIG/RENEWAL AMOUNT | MATURITY | | | Due Date 10/20/16 | | Total Due 2,002.22 |
|---|---|---|---|---|---|---|---|---|---|
| 307 | 3.028 | 07/20/16 | 5,000,000.00 | 00/00/00 | 09/30/16 | Int 001 days @ 3.0266 | | 62.86 | |
| Date | Transaction Description | | Activity | Balance | | Rate Chg - 3.02438000 | | | |
| | | | | | | Int 003 days @ 3.0243 | | 188.43 | |
| | Starting Balance | | | 431,862.00 | 10/04/16 | Rate Chg - 3.02722000 | | | |
| | Previous Interest Due | | 798.33 | | | Int 001 days @ 3.0272 | | 62.88 | |
| 09/06/16 | Rate Chg - 3.02572000 | | | | | Rate Chg - 3.03111000 | | | |
| 09/07/16 | Rate Chg - 3.01933000 | | | | | Int 001 days @ 3.0311 | | 62.95 | |
| 09/08/16 | Rate Chg - 3.01656000 | | | | 10/05/16 | Rate Chg - 3.02833000 | | | |
| 09/09/16 | Principal Advance | | 125,000.00 | 556,862.00 | | Int 001 days @ 3.0283 | | 62.89 | |
| 09/09/16 | Rate Chg - 3.01322000 | | | | 10/06/16 | Rate Chg - 3.02722000 | | | |
| 09/12/16 | Rate Chg - 3.01822000 | | | | | Int 001 days @ 3.0272 | | 62.87 | |
| 09/13/16 | Rate Chg - 3.02689000 | | | | 10/07/16 | Rate Chg - 3.02567000 | | | |
| 09/14/16 | Rate Chg - 3.02772000 | | | | | Int 013 days @ 3.0256 | | 816.92 | |
| 09/15/16 | Rate Chg - 3.02428000 | | | | | | PAST DUE | THIS PERIOD | TOTAL DUE |
| 09/16/16 | Rate Chg - 3.02956000 | | | | INTEREST | | 0.00 | 2,002.22 | 2,002.22 |
| 09/19/16 | Rate Chg - 3.03094000 | | | | TOTAL | | 0.00 | 2,002.22 | 2,002.22 |
| 09/20/16 | Principal Advance | | 190,814.00 | 747,676.00 | | | | | |
| 09/20/16 | Interest Payment | | 798.33- | | | | | | |
| 09/20/16 | Rate Chg - 3.03178000 | | | | | | | | |
| ADJUST | Prior Prin/Rate Actvty | | 114.97 | | | | | | |
| | Int 001 days @ 3.0317 | | 62.97 | | | | | | |
| 09/21/16 | Rate Chg - 3.03613000 | | | | | | | | |
| | Int 001 days @ 3.0361 | | 63.04 | | | | | | |
| 09/22/16 | Rate Chg - 3.04306000 | | | | | | | | |
| | Int 001 days @ 3.0430 | | 63.20 | | | | | | |
| 09/23/16 | Rate Chg - 3.04633000 | | | | | | | | |
| | Int 003 days @ 3.0463 | | 189.80 | | | | | | |
| 09/26/16 | Rate Chg - 3.02528000 | | | | | | | | |
| | Int 001 days @ 3.0252 | | 62.83 | | | | | | |
| 09/27/16 | Rate Chg - 3.02222000 | | | | | | | | |
| | Int 001 days @ 3.0222 | | 62.77 | | | | | | |
| 09/28/16 | Rate Chg - 3.02444000 | | | | | | | | |
| | Int 001 days @ 3.0244 | | 62.82 | | | | | | |
| 09/29/16 | Rate Chg - 3.02467000 | | | | | | | | |

CONTINUED NEXT COLUMN

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

Page 1 of 1

## SUMMARY

| Customer No. | | | | |
|---|---|---|---|---|
| Invoice No. | | | | |
| Obligation(s) | | | | |
| Statement Date: | 09/05/16 | | | |
| Due Date: | 09/20/16 | | | |

| Due | Past Due | This Period | Total Due | Amount Enclosed |
|---|---|---|---|---|
| Interest | 0.00 | 798.33 | 798.33 | AUTO DEBIT |
| Total | 0.00 | 798.33 | 798.33 | |

MASHIYAT RASHID
SAIMA RASHID

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

YOUR CHECKING ACCOUNT WILL BE DEBITED FOR THE TOTAL OF THIS INVOICE ON SEPTEMBER 20, 2016.

## IMPORTANT INFORMATION

- A late fee will be assessed in accordance with the terms of your note if full payment is not made promptly.
- Excess payment amounts will be applied to your principal balance.

## ACTIVITY SINCE YOUR LAST STATEMENT

MASHIYAT RASHID

| | | Due Date 09/20/16 | | Total Due 798.33 |
|---|---|---|---|---|
| | PAST DUE | THIS PERIOD | | TOTAL DUE |
| INTEREST | 0.00 | 798.33 | | 798.33 |
| TOTAL | 0.00 | 798.33 | | 798.33 |

| OBLIGATION NO. 107 | RATE 3.024 | NOTE DATE 07/20/16 | ORIG/RENEWAL AMOUNT 5,000,000.00 | MATURITY 00/00/00 | |
|---|---|---|---|---|---|
| Date | Transaction Description | | Activity | Balance | |
| | Starting Balance | | | 0.00 | |
| 08/09/16 | Rate Chg - 3.00390000 | | | | |
| 08/10/16 | Rate Chg - 3.01190000 | | | | |
| 08/11/16 | Rate Chg - 3.01315000 | | | | |
| 08/12/16 | Rate Chg - 3.01765000 | | | | |
| 08/15/16 | Rate Chg - 3.00765000 | | | | |
| 08/16/16 | Rate Chg - 3.00665000 | | | | |
| 08/17/16 | Rate Chg - 3.00744000 | | | | |
| 08/19/16 | Rate Chg - 3.01411000 | | | | |
| 08/22/16 | Rate Chg - 3.01244000 | | | | |
| 08/23/16 | Rate Chg - 3.02106000 | | | | |
| 08/24/16 | Rate Chg - 3.02217000 | | | | |
| 08/25/16 | Rate Chg - 3.02439000 | | | | |
| 08/26/16 | Rate Chg - 3.01994000 | | | | |
| 08/29/16 | Principal Advance | | 431,862.00 | 431,862.00 | |
| | Int 001 days @ 3.0199 | | 36.23 | | |
| 08/30/16 | Rate Chg - 3.02353000 | | | | |
| | Int 001 days @ 3.0235 | | 36.27 | | |
| 08/31/16 | Rate Chg - 3.02439000 | | | | |
| | Int 001 days @ 3.0243 | | 36.28 | | |
| 09/01/16 | Rate Chg - 3.02322000 | | | | |
| | Int 001 days @ 3.0232 | | 36.27 | | |
| 09/02/16 | Rate Chg - 3.02489000 | | | | |
| | Int 003 days @ 3.0248 | | 108.86 | | |
| 09/05/16 | Rate Chg - 3.02294000 | | | | |
| | Int 001 days @ 3.0229 | | 36.27 | | |
| 09/06/16 | Rate Chg - 3.02572000 | | | | |
| | Int 014 days @ 3.0257 | | 508.15 | | |

CONTINUED NEXT COLUMN

BANK OF AMERICA NA
P O BOX 660576
DALLAS TX 75266-0576

Page 1 of 1