# EXHIBIT H

| | |
|---|---|
| To: | 'Mashiyat Rashid' <Mashiyat Rashid> |
| From: | Siaje, Ed |
| Sent: | Sat 8/29/2015 3:53:33 PM |
| Importance: | Normal |
| Subject: | RE: Meeting |
| MAIL_RECEIVED: | Sat 8/29/2015 3:53:33 PM |

We are not capped at that price. We will lend as much as you qualify for. What I was trying to convey is the highest point of the residential real estate market in Michigan. After $5 million, the number of buyers is severely limited, and even those buyers would most likely build there own as opposed to purchasing someone else's home.

I will work to get you the $6 million, and I look forward to talking on Tuesday and meeting you and Ray on Wednesday.

Have a great weekend!

Ed


Ed Siaje
Managing Director, Private Client Advisor
Senior Vice President
U.S. Trust, Bank of America Private Wealth Management



Office of Supervisory Jurisdiction
Merrill Lynch, Pierce, Fenner & Smith Inc.



-----Original Message-----
From: Mashiyat Rashid
Sent: Saturday, August 29, 2015 10:29 AM Central Standard Time
To: Siaje, Ed
Subject: Re: Meeting

Final home price will be 6m. You said U.S. TRUST is capped at 5m? I can do remaining cash out of pocket.

Sent from my iPhone

On Aug 28, 2015, at 7:34 PM, Siaje, Ed wrote:

Mash,

Question: how much are you looking for on the construction loan, as I want to get started on putting some things together on Monday?

Thanks,

Ed




Ed Siaje
Managing Director, Private Client Advisor
Senior Vice President
U.S. Trust, Bank of America Private Wealth Management



Office of Supervisory Jurisdiction
Merrill Lynch, Pierce, Fenner & Smith Inc.



-----Original Message-----
**From:** Mashiyat Rashid
**Sent:** Friday, August 28, 2015 06:04 PM Central Standard Time
**To:** Siaje, Ed
**Cc:** Ray Nault, CPA
**Subject:** Meeting

Ed
Good meeting you this week. Are you available to come to my office meet with Ray Nault and I. Wednesday Sept. 2nd at 1pm? My downtown office. We can go over everything you mentioned in our initial meeting. This will allow a second set of eyes and ears to review and digest the info. Ray has been with for some time now.

I am interested in the line of credit (80% of my investment), but also the construction loan at a low percentage. Have questions on that like can it be rolled over to a conventional mortgage with you guys or BofA after construction completion. One closing not multiple closing with additional fees. If construction loan is not feasible it could compromise our other two items because the other banks that have already approved me for the construction loan want me to move my personal accounts to there bank.

Lets talk more when we meet!

--
Mashiyat Rashid

President/CEO
Tri-County Wellness Inc



"A Venture Capital / Private Equity Group
specializing in healthcare"

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

*SDGA*

| | Area: | Village of Franklin | | ID: | RASH |
|---|---|---|---|---|---|
| | Project: | Rashid Residence | | | |
| | Date: | 3/19/2016 | | | |

| | | Denotes Actual Bid | Cost Value | Sub-Totals | Notes | Variance |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | Lot | - | By Owner | | |
| 3 | | Blueprints | - | By Owner | | |
| 4 | | Site Plan | - | By Owner | | |
| 5 | SUJAK | Engineering, Survey & Borings | 725 | | | |
| 6 | | Demolition Permit | - | By Owner | | |
| 7 | | Demolition | - | By Owner | | |
| 8 | | Building Permit | 25,452 | | | |
| 9 | | Well / Water Permit | 810 | | | |
| 10 | | Sewage Disposal Permit | 200 | | | |
| 11 | | Reisdential Driveway Permit | 60 | | | |
| 12 | | Soil & Erosion Installation / Permit | 4,619 | | | |
| 13 | | Barricade Fencing | - | | | |
| 14 | | Storm Water & Culverts | 4,150 | | 1C | |
| 15 | | Pilings & Grade Beams | - | | | |
| 16 | SUJAK | Pre-Clearing Staking | 2,500 | | | |
| 17 | | Clearing | 9,000 | | | |
| 18 | SUJAK | Pre-Excavation Staking | | | | |
| 19 | JAY'S | Excavation | 83,825 | 131,341 | | |
| 20 | SUJAK | Pre-Trench Staking | | | | |
| 21 | SUJAK | Pre-Wall Staking | | | | |
| 22 | CTS | Poured Walls | 445,300 | | | |
| 23 | CTS | Backfill | | | included w excavation | |
| 24 | CTS | Trench Footings | | | | |
| 25 | CTS | Block Work | | | | |
| 26 | | Sand/Pea Gravel Fill | 6,162 | | | |
| 27 | | Basement Slab | 22,050 | | | |
| 28 | | Garage Slab | 8,834 | | | |
| 29 | | Porch Slabs | 910 | | | |
| 30 | | Terrace Slab | - | | | |
| 31 | | Underground Utilities - Elec. | 840 | | | |
| 32 | | Preconstruction Meter Mount | 600 | | | |
| 33 | | Underground Utilities - Gas | 995 | | | |
| 34 | | Steel | 193,000 | | | |
| 35 | PRESTIGE | Steel Labor | | | | |
| 36 | BOLYARD | Floor Trusses / Joist | | | | |
| 37 | DMB | Rough Carpentry | 273,000 | | | |
| 38 | BOLYARD | Lumber Package | 324,826 | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | BOLYARD | Roof Trusses | | | | |
| 43 | | | | | | |
| 44 | Pella | Windows | 146,354 | | | |
| 45 | | | | | | |
| 46 | | | | 1,422,871 | | |
| 47 | P&G PAINT | Exterior Priming | | | included w Int Paint | |
| 48 | EXTERIORS | Roofing Materials | 92,500 | | | |
| 49 | EXTERIORS | Flat Roofing | 17,500 | | | |

SDGA

| | | Area: | Village of Franklin | | ID: | RASH |
|---|---|---|---|---|---|---|
| | | Project: | Rashid Residence | | | |
| | | Date: | 3/19/2016 | | | |

| | | Denotes Actual Bid | Cost Value | Sub-Totals | Notes | Variance |
|---|---|---|---|---|---|---|
| 50 | EXTERIORS | Copper & Metal Roofing | 6,500 | | | |
| 51 | PELLA | Front Door | - | | included w Window Pack | |
| 52 | | Front Door & Side Entry Template | | | | |
| 53 | TARNOW | Garage Doors & Openers | 25,441 | 141,941 | | |
| 54 | TILLSON | Rough Plumbing | 28,630 | | | |
| 55 | PROFESSIONAL | Rough Heating/Cooling | 114,090 | | | |
| 56 | PROFESSIONAL | Rough Venting / Appliances Drafts | | | | |
| 57 | RA SERVICES | Rough Electrical | 61,988 | | | |
| 58 | | Rough Low Voltage | 37,500 | | | |
| 59 | AMERICAN | Prefabricated Logs Installed | 5,959 | | | |
| 60 | | Well Drilling / Water Service | 9,000 | 257,167 | | |
| 61 | GENESEE | Cut Stone | 592,431 | | | |
| 62 | | Stucco / Dryvit / Stone Veneer/Siding | | | | |
| 63 | | Brick | | | | |
| 64 | | Stone | | | | |
| 65 | | Chimney Caps, Liners,, Block & Dampers | | | | |
| 66 | | Steel Angles | | | | |
| 67 | | Sand & Mortar / Shipping Cost | | | | |
| 68 | ALBAUGH | Chimney Masonry | | | | |
| 69 | ALBAUGH | Cut Stone Masonry | 408,434 | | | |
| 70 | ALBAUGH | Brick Masonry | | | | |
| 71 | ALBAUGH | Stone Masonry | | | | |
| 72 | ALBAUGH | Masonry Touch ups | | | | |
| 73 | ALBAUGH | Brick Cleaning | | | | |
| 74 | P&G PAINT | Caulking | | | | |
| 75 | P&G PAINT | Exterior Painting | | 1,000,865 | included w Int Paint | |
| 76 | ISM | Insulation | 54,548 | | | |
| 77 | TREVISO | Drywall | 79,006 | | | |
| 78 | TREVISO | DensArmor | 12,000 | | | |
| 79 | TREVISO | Plaster Detail | | | included above | |
| 80 | EVERLAST | Wood Flooring | 31,265 | | | |
| 81 | EVERLAST | Gym Flooring | 33,368 | | | |
| 82 | DWYER | Tile (Ceramic) | 57,585 | | | |
| 83 | DWYER | Tile (Marble & Granite) | 111,866 | | | |
| 84 | DWYER | Tile Installation | | | included above | |
| 85 | MARKU | Finish Carpentry | 216,000 | | includes stairs | |
| 86 | BOLYARD | Finish Trim | 105,034 | | | |
| 87 | BOLYARD | *Finish Trim / Specialty (Mat'l & Labor)* | *150,000* | | | |
| 88 | ARTISTIC | Stairs | 150,570 | | stairs included above | |
| 89 | PMP | Fireplace Surround | 2,650 | | | |
| 90 | MILLENNIUM | Cabinets | 265,459 | | | |
| 91 | MILLENNIUM | Cabinets Installation | | | included above | |
| 92 | PMP | Stone Countertop | 62,164 | | | |
| 93 | | Artificial Countertop | | | | |
| 94 | WRIGHT | Specialty (Gen, Elev, Spa) | 194,700 | | | |
| 95 | P&G PAINT | Interior Painting | 187,700 | | | |
| 96 | | Appliance | 83,108 | | | |
| 97 | | Appliance Installation | 8,311 | | 1C | MIRRORS |
| 98 | REID | Mirrors & Shr. Doors | 33,670 | | | 7090 |

|   | Area: | Village of Franklin |   | ID: | RASH |
|---|---|---|---|---|---|
|   | Project: | Rashid Residence |   |   |   |
|   | Date: | 3/19/2016 |   |   |   |

|  |  | Denotes Actual Bid | Cost Value | Sub-Totals | Notes | Variance |
|---|---|---|---|---|---|---|
| 99 |  | Door Hardware | 14,250 |  |  | Gym |
| 100 |  | Cabinetry Hardware | 9,000 |  |  | 5 |
| 101 |  | Bath Accessories | 3,250 |  |  |  |
| 102 |  | Hardware Installation | 3,915 |  | 1C |  |
| 103 |  | *Interior Specialty Coverings* | 113,000 |  |  |  |
| 104 | REID | Interior Glass | 55,895 |  |  |  |
| 105 |  | Window Scraping | 2,580 |  | 1B |  |
| 106 |  | *Carpet Measure* | 2,000 |  |  |  |
| 107 |  | *Carpet (Material & Padding)* | 85,000 |  |  |  |
| 108 |  | *Carpet Installation* | 25,000 |  |  |  |
| 109 |  | Final Clean-up | 6,020 | 2,158,914 | 1B |  |
| 110 |  | Septic Installation / Sewer Connect | 15,000 |  |  |  |
| 111 |  | Plumbing Fixtures | 28,662 |  |  |  |
| 112 | TILLSON | Finish Plumbing | 42,945 |  |  |  |
| 113 |  | Finish Plumbing Inspection |  |  |  |  |
| 114 | SUN | Finish HVAC | 76,060 |  |  |  |
| 115 |  | Finish HVAC Inspection |  |  |  |  |
| 116 |  | *Electrical Fixtures* | 125,000 |  |  |  |
| 117 | RA SERVICES | Finish Electrical | 92,982 |  |  |  |
| 118 |  | Finish Electrical Inspection |  |  |  |  |
| 119 |  | Finish Low Voltage | 37,500 |  |  |  |
| 120 |  | Water Meter (1) & Treatment | 2,000 |  | 1C |  |
| 121 |  | Prefab Log Set up |  | 420,149 |  |  |
| 122 |  | Rough Grading & Engineered Fills | 9,000 |  |  |  |
| 123 |  | *Rough Drive Prep (6" crushed)* | 7,000 |  |  |  |
| 124 |  | *Driveway Base Coat* | 41,000 |  |  |  |
| 125 |  | Landscaping | 17,000 |  |  |  |
| 126 |  | Hardscape Construction | 231,000 |  |  |  |
| 127 |  | Spade Tree Installation | 56,000 |  |  |  |
| 128 |  | Irrigation | 30,000 |  |  |  |
| 129 |  | Finish Grading | 6,000 |  |  |  |
| 130 |  | Sod Installation | 47,000 |  |  |  |
| 131 |  | Garage Epoxy | 8,834 |  |  |  |
| 132 |  | *Landscape Lighting* | 22,000 |  |  |  |
| 133 | REID | Terrace/Decking & Rails Installation | 143,842 |  |  |  |
| 134 |  | Gutter System & Screens | - |  |  |  |
| 135 |  | *Driveway Cap Coat* | 43,000 | 661,676 |  |  |
| 136 |  | Utility Usage | 3,600 |  | 1C |  |
| 137 |  | Portable Toilet Rental @ 24 Months | 2,520 |  | 1C |  |
| 138 |  | Clean-up | 20,800 |  | 1B |  |
| 139 |  | Hauling |  |  |  |  |
| 140 |  | Container | 9,600 | 36,520 | 1B |  |
|  |  | Builder's Risk | 25,720 |  | 1C | 12,201 |
|  |  | Commercial Financing Cost | - |  |  |  |
|  |  | Property Taxes | - |  |  |  |
|  |  | Transfer Taxes (County) | - |  |  |  |
|  |  | Transfer Taxes (State) | - |  |  |  |
|  |  | General Liabilty | - |  |  |  |

*SDGA*

| | | | | |
|---|---|---|---|---|
| Area: | Village of Franklin | | ID: | RASH |
| Project: | Rashid Residence | | | |
| Date: | 3/19/2016 | | | |

| | Denotes Actual Bid | *Cost Value* | *Sub-Totals* | *Notes* | *Variance* |
|---|---|---|---|---|---|
| | On Site Supervision | - | | | |
| | Interior Design | - | 25,720 | | |
| | Listing Real Estate Fee | - | | | |
| | Real Estate Fee | - | - | | |

| | | |
|---|---|---|
| **Total Cost** | $ | **6,257,165** |
| **Contractor Fee** | $ | **600,000** |
| **Total** | $ | **6,857,165** |

***SDGA***

| Area: | Village of Franklin | ID: | RASH |
|---|---|---|---|
| Project: | Rashid Residence | | |
| Date: | 3/19/2016 | | |

| | Denotes Actual Bid | Cost Value | Sub-Totals | Notes | Variance |
|---|---|---|---|---|---|

***Suggested Draw Schedule***

| # | | BASE | 6,857,165 | Draw Accrual |
|---|---|---|---|---|
| 1 | Deposit | 7% | 500,000 | 500,000 |
| 2 | Backfill | 5% | 342,858 | 842,859 |
| 3 | 1/2 Frame | 15% | 1,028,575 | 1,871,433 |
| 4 | Frame | 15% | 1,028,575 | 2,900,008 |
| 5 | Drywall | 20% | 1,351,434 | 4,251,442 |
| 6 | 1/2 Trim | 9% | 617,145 | 4,868,587 |
| 7 | Trim | 9% | 617,145 | 5,485,732 |
| 8 | Paint | 10% | 685,716 | 6,171,448 |
| 9 | Closing | 10% | 685,716 | 6,857,165 |
| | | 100% | 6,857,165 | |

*SDGA*

| Area: | Village of Franklin | ID: | RASH |
|---|---|---|---|
| Project: | Rashid Residence | | |
| Date: | 3/19/2016 | | |

| | Denotes Actual Bid | Cost Value | Sub-Totals | Notes | Variance |
|---|---|---|---|---|---|

**Square Footage Calculations**

| | **PER ARCHITECT** | |
|---|---|---|
| **Main Level** | 6,000 | Sf. |
| **2nd Level** | 4,300 | Sf. |
| Roof Top | 600 | |
| *Total* | 10,900 | Sf. |
| **Lower Level** | 6,300 | Sf. |

| Main & 2nd Level (less LL comp., Bonus Room(Sf.), landscaping & pool) | | | |
|---|---|---|---|
| | 6,101,165 | $ | 559.74 |
| **Lower Level** | | | |
| | 756,000 | $ | 120.00 |

**To:** Siaje, Ed
**From:** Mashiyat Rashid
**Sent:** Mon 5/2/2016 4:20:27 PM
**Importance:** Normal
**Subject:** Re: Construction Mortgage- Items needed to complete approval
**MAIL_RECEIVED:** Mon 5/2/2016 4:20:33 PM

Ed
I will have Ray send #1 and #2

Number 3 I paid off my parents home. It's still in their names. And closing on west grand Blvd lot is 1st week of June

Sent from my iPhone

On May 2, 2016, at 10:27 AM, Siaje, Ed wrote:

Hello Mosh,

As we are waiting for the final contract and budget, please provide the following financial information so that we can complete the approval for the mortgage.

1. <u>Signed</u> 2015 Personal Tax Return

2. All K-1s for 2015

3. Also, there were 2 properties on the more recent PFS that we need clarification on. Do you now own -2932-2942 W Grand Blvd and 26289 Kiltartan? If you do, we need the cost for the property taxes, insurance cost, and HOA cost if any.

This is everything we need besides the final contract and signed budget agreement to complete this loan.

On another note: Rachel is still working on fixing the cards that show on your on-line ID. Business banking is waiting for your approval on the equipment.

Lastly, you are missed my friend! Let's get together soon for lunch or dinner.

Thanks,

Ed Siaje

**Managing Director, Private Client Advisor**

**U. S. Trust, Bank of America Private Wealth Management**

**Merrill Lynch, Pierce, Fenner & Smith, Inc.**



Office of Supervisory Jurisdiction

Merrill Lynch, Pierce, Fenner & Smith, Inc.



<image001.png>

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.