UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-1   Mashiyat Rashid,

        Defendant.

_____/

Case No. 17-cr-20465
Honorable Denise Page Hood

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 21, 2018. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2019.

_____
SHANKAR RAMAMURTHY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9562
Shankar.ramamurthy@usdoj.gov
Illinois Bar No. 6306790

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# COURT CASE NUMBER: 17-20465; NOTICE OF FORFEITURE

Notice is hereby given that on November 20, 2018, in the case of <u>U.S. v. Mashiyat Rashid</u>, Court Case Number 17-20465, the United States District Court for the Eastern District of Michigan entered an Order condemning and forfeiting the following property to the United States of America:

All Funds on Deposit and All Other Items of Value from E-Trade IRA Account No. 35950075 held in the name of Mashiyat and Saima Rashid (Approximately $25,568.16 value, as of August 27, 2018) (17-FBI-005339)

All Funds on Deposit and All Other Items of Value in U.S. Trust-Bank of America Private Wealth Management Account No. 56-01-100-3334026 held in the name of Mashiyat and Saima Rashid (Approximately $6,764,801.27 value, as of August 15, 2018) (17-FBI-005344)

$1,907.87 in funds from Bank of America Checking Account No. 3750-1329-2899 held in the name of National Laboratories Acct# 3750-1329-2899 (17-FBI-005348) which was seized from National Laboratories on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$1,261.30 in funds from Credit Union One Checking Account No. 3002070104 held in the name of Tri-County Physicians Group Acct# 3002070104 (17-FBI-005349) which was seized from Tri-County Physicians Group on July 12, 2017 at 400 East 9 Mile Road, located in Ferndale, MI

$647.83 in funds from Bank of America Checking Account No. 3750-1670-2991 held in the name of Tri-County Physicians Group Acct# 3750-1670-2991 (17-FBI-005350) which was seized from Tri-County Physicians Group on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$124,064.80 in funds from Bank of America Checking Account No. 3750-1878-7312 held in the name of Tri-State Physicians Group, PC Acct# 3750-1878-7312 (17-FBI-005351) which was seized from Tri-State Physicians Group on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$42,737.75 in funds from Bank of America Checking Account No. 3750-1878-7299 held in the name of New Center Medical, PC Acct# 3750-1878-7299 (17-FBI-005352) which was seized from New Center Medical, PC on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$1,485.25 in funds from Credit Union One Joint Checking Account No. 3002070088 held in the name of Tri-County Wellness Acct# 3002070088 (17-FBI-005353) which was seized from Tri-County Wellness on July 12, 2017 at 2640 E. Jefferson Ave.,

located in Detroit, MI

$21,662.20 in funds from Bank of America Checking Account No. 3750-1603-4737 held in the name of Tri-County Wellness Acct# 3750-1603-4737 (17-FBI-005354) which was seized from Tri-County Wellness on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$64,680.04 in funds from Bank of America Account No. 3750-1213-3302 held in the name of Mashiyat Rashid Acct# 3750-1213-3302 (17-FBI-005355) which was seized from Mashiyat Rashid on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$3,650,413.21 in funds from Bank of America Money Market Savings Account No. 3750-0935-8653 in the name of Mashiyat Rashid Acct# 3750-0935-8653 (17-FBI-005356) which was seized from Mashiyat Rashid on July 12, 2017 at 2640 E. Jefferson Ave., located in Detroit, MI

$160,875.71 in funds from Bank of America Account # 3750-1869-2025 held in the name of Natlab, Inc. Acct# 3750-1869-2025 (17-FBI-005857) which was seized from Natlab, Inc on July 28, 2017 at 6120 W. Maple Road, located in West Bloomfield, MI

$25,020.61 in funds from Bank of America Account # 3750-1399-8481 held in the name of TCW Surgical Center,LLC Acct# 3750-1399-8481 (17-FBI-005858) which was seized from TRW Surgical Center, LLC on July 28, 2017 at 6120 W. Maple Road, located in West Bloomfield, MI

$162,778.35 in funds from Bank of America Account # 3750-1869-2740 held in the name of M. Rashid Holdings LLC Acct# 3750-1869-2740 (17-FBI-005859) which was seized from M Rashid Holdings, LLC on August 16, 2017 at 6120 W. Maple Road, located in West Bloomfield, MI

Real Property located at 2990 West Grand Boulevard, Detroit, MI (17-FBI-005976) Parcel # 001480/Ward 04

Real Property located at 2932-2942 West Grand Blvd., Detorit, Michigan (17-FBI-005978) Parcel # 04-001488

$508,400.00 U.S. Currency (17-FBI-006090) which was seized from Mashiyat and Saima Rashid on July 12, 2017 at 5591 Walnut Ridge Circle, located in West Bloomfield, MI

Cash/Currency in lieu of Detroit Pistons Full Season Ticket Membership #6135954, specifically including a license to use tickets for seats 11, 12, 13, 14, in Row 17, Section 121, for all Detroit Pistons games at Little Caesars Arena during the 2017-2018 (18-FBI-001550) which was seized from Mashiyat Rashid on January 29, 2018 at Palace Sports & Entertainment LLC, 6 Championship Drive, located in Auburn Hills, MI

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (November 21, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 231 W. Lafayette, Detroit, MI 48226, and a copy served upon Assistant United States Attorney Shankar Ramamurthy, 211 W. Fort Street, Suite 2001, Detroit, MI 48226. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Shankar Ramamurthy, 211 W. Fort Street, Suite 2001, Detroit, MI 48226. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 21, 2018 and December 20, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Mashiyat Rashid

**Court Case No:** 17-20465
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/21/2018 | 24.0 | Verified |
| 2 | 11/22/2018 | 24.0 | Verified |
| 3 | 11/23/2018 | 24.0 | Verified |
| 4 | 11/24/2018 | 24.0 | Verified |
| 5 | 11/25/2018 | 24.0 | Verified |
| 6 | 11/26/2018 | 24.0 | Verified |
| 7 | 11/27/2018 | 24.0 | Verified |
| 8 | 11/28/2018 | 24.0 | Verified |
| 9 | 11/29/2018 | 24.0 | Verified |
| 10 | 11/30/2018 | 24.0 | Verified |
| 11 | 12/01/2018 | 24.0 | Verified |
| 12 | 12/02/2018 | 24.0 | Verified |
| 13 | 12/03/2018 | 24.0 | Verified |
| 14 | 12/04/2018 | 24.0 | Verified |
| 15 | 12/05/2018 | 24.0 | Verified |
| 16 | 12/06/2018 | 24.0 | Verified |
| 17 | 12/07/2018 | 24.0 | Verified |
| 18 | 12/08/2018 | 24.0 | Verified |
| 19 | 12/09/2018 | 24.0 | Verified |
| 20 | 12/10/2018 | 24.0 | Verified |
| 21 | 12/11/2018 | 24.0 | Verified |
| 22 | 12/12/2018 | 24.0 | Verified |
| 23 | 12/13/2018 | 24.0 | Verified |
| 24 | 12/14/2018 | 24.0 | Verified |
| 25 | 12/15/2018 | 24.0 | Verified |
| 26 | 12/16/2018 | 24.0 | Verified |
| 27 | 12/17/2018 | 24.0 | Verified |
| 28 | 12/18/2018 | 24.0 | Verified |
| 29 | 12/19/2018 | 24.0 | Verified |
| 30 | 12/20/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.