17-20465

RECEIVED
SEP 2020

August 21, 2020

Honorable Denise Page Hood
Chief Judge
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI  48226

RE: Mashiyat Rashid

Dear Judge Hood,

This letter is written in support of Mr. Mashiyat Rashid.  He is scheduled to be sentenced in federal court.  I am not aware of the crime he has been convicted of or any charges associated with it.  However, I do know that Mr. Rashid is a good man who apparently has made a serious mistake and now he must pay a price for it.  I have known Mashiyat Rashid since he was born.  My wife and I have known his parents for almost forty (40) years.  He is a very respectful young man and even though he made some bad decisions, he has a solid foundation upon which, with God's help, he can rebuild his life and again become a law abiding and productive member of our society.  I believe Mr. Rashid is truly sorry for any wrongdoing and that he will pass this test which he now faces and use this experience as an opportunity to be a real asset to his community and the society at large.  Any leniency that you can show in his sentencing is appreciated.

Thank you for your consideration.

Sincerely,

Eric R. Sabree

Mr. Eric R. Sabree
Detroit, MI 48203

RECEIVED
OCT 0 2 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
22 AUG 2020 PM 3 L

48226-278851

Honorable Denise Page Hood
Chief Judge
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226